IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KYLE JOYNER,

       Appellant,

v.

STATE OF FLORIDA,

       Appellee.

Case No.  5D23-744
LT Case No. 2004-CF-8476

_____/

Decision filed May 2, 2023

3.850 Appeal from the Circuit Court
for Duval County,
Meredith Charbula, Judge.

Kyle Joyner, Jacksonville, pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


HARRIS, KILBANE and PRATT, JJ., concur.